## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY

Robert Leshner & Associates, Inc.                    )
c/o Registered Agent: James R. Cummins               )
                                                     )
                                                     )
                                              ,      )
                                                     )
        **Plaintiff(s),**       )
                                                     )
    **v.**                                )
                                                     )
Douglas E. Kisker                                    )    **Civil Action No.** _____
                                                     )
                                                     )
                                                     )
_____ ,                     )
                                                     )
        **Defendant(s)/**       )
        **Third-Party Plaintiff(s),** )
                                                     )
    **v.**                                )
                                                     )
                                                     )
                                                     )
                                                     )
                                                     )
                                              ,      )
                                                     )
      **Third-Party Defendant(s).**     )
_____                       )

## DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
### (Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, <u>Plaintiff</u> ,

(type of party)

who is <u>Robert Leshner & Associates, Inc.</u> , makes the following disclosure:

      (name of party)

1.  Is the party a non-governmental corporate party?

    ☑ YES          ☐ NO

2.  If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

    No parent corporation.

3.  If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

    None.

    The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

                                        s/James R. Cummins
                                        Signature of Counsel for Party

Date: July 29, 2020