AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | | |
|---|---|---|
| Robert Leshner & Associates, Inc.<br>c/o Registered Agent: James R. Cummins<br><br>*Plaintiff(s)*<br>v.<br>Douglas E. Kisker<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.   2:20-cv-109-DLB-CJS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Douglas E. Kisker
740 Centre View Boulevard, 5th Floor
Crestview Hills, KY 41017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert Leshner & Associates, Inc.
c/o Registered Agent: James R. Cummins
Cummins Law LLC
312 Walnut Street, Suite 1530
Cincinnati, OH 45202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   07/29/2020                                                     *Signature of Clerk or Deputy Clerk*

tjz

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-109-DLB-CJS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Douglas Kisker
was received by me on *(date)* 8-3-2020 2:00pm

☒ I personally served the summons on the individual at *(place)* 740 Centre View Boulevard 5th Floor Crestview Hills KY, 41017 on *(date)* 8-3-2020 3:25pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 8-3-2020

*Server's signature*

Aaron J Grimes
*Printed name and title*

644 Linn St #700 Cincinnati, OH 45203
*Server's address*

Additional information regarding attempted service, etc: